## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STUART THOMAS, INC., dba LENOX HOMES DEFINED BENEFIT PENSION PLAN,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **8:08CV376** |
| **vs.** | ) ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) ) | |
| **Defendant.** | ) | |

Plaintiff has filed a petition to quash an administrative summons issued on July 28, 2008 to the Pacific Life Insurance Company by the Commissioner of the Internal Revenue Service on July 28, 2008.  Upon review of the petition,

**IT IS ORDERED** that compliance with the July 28, 2008 administrative summons is stayed pending the court's resolution of plaintiff's Petition to Quash Administrative Summons [1].

**DATED August 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge